IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**BENJAMIN WHITFIELD,**

    **Plaintiff,**

v.   Case No. 4:14cv316-MW/ CAS

**PHILIP D. MANI, et al.,**

    **Defendants.**

_____/

ORDER ACCEPTING
REPORT AND RECOMMENDATION

    This Court has considered, without hearing, the Magistrate's Report and Recommendation, ECF No.20, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No.25, and Defendants' Mani, Bishop, Garrison-Curry, Holbrook, and Phillips' objections, ECF No. 21.  Accordingly,

    IT IS ORDERED:

    The report and recommendation is **accepted and adopted**, over Plaintiff's and Defendants' objections as this Court's opinion.   Defendants' motion to dismiss, ECF No. 14, is **GRANTED in part and DENIED in part**.  Plaintiff's due process claims are **DISMISSED** for failure to state a claim upon which relief may be granted.  Plaintiff's requests for compensatory and punitive damages are

1

**DISMISSED** pursuant to 42 U.S.C. § 1997e(e).  The motion to dismiss, ECF No. 14, is otherwise **DENIED**.  **Defendants must submit an answer to Plaintiff's complaint within ten (10) days of the date of this order.**  This case is **REMANDED** to the Magistrate for further proceedings on the surviving First amendment claims for which nominal damages may be available.

As for the objections, this Court notes that Plaintiff may seek nominal damages.  And, contrary to Defendant Mani's objection, this Court construes Count III as stating both a due process claim, which is dismissed, and a retaliation claim, which is not dismissed.  More specifically, Count III is styled as a claim for a violation of both due process rights and First Amendment rights.  ECF No. 7 at 7.

**SO ORDERED on February 9, 2015.**

s/Mark E. Walker            
**United States District Judge**
